# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **DARCUS CURTIS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 2:16-cv-02937-JPM-cgc |
| | ) |
| **BLUESTEM BRANDS, INC.** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| */s/Robert F. Tom* | */s/ Amy L. Bennecoff Ginsburg* |
| Robert F. Tom, Esq. | Amy L. Bennecoff Ginsburg, Esq. |
| BAKER DONELSON | Kimmel & Silverman, P.C. |
| 165 Madison Avenue | 30 East Butler Pike |
| Suite 2000 | Ambler, PA 19002 |
| Memphis, TN 38103 | Phone: 215-540-8888 |
| 901-526-2000 | Fax: 877-788-2864 |
| Email: rtom@bakerdonelson.com | Email: aginsburg@creditlaw.com |
| Attorney for the Defendant | Attorney for Plaintiff |
| | |
| Date: April 26, 2017 | Date: April 26, 2017 |

BY THE COURT:

_____

J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 26th day of April, 2017:

Robert F. Tom, Esq.
BAKER DONELSON
165 Madison Avenue
Suite 2000
Memphis, TN 38103
901-526-2000
Email: rtom@bakerdonelson.com

Zachary A. Kisber, Esq.
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave
Ste 2000
Memphis, TN 38103
901-577-8262
Email: zkisber@bakerdonelson.com

*/s/ Amy L. Bennecoff Ginsburg*
Amy L Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-788-2864
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff