IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DARCUS CURTIS, | ) |
| | ) |
| Plaintiff, | ) |
| | )  No. 16-cv-2937-JPM-cgc |
| v. | ) |
| | ) |
| BLUESTEM BRANDS, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER DISIMISSING CASE WITH PREJUDICE**

Before the Court is the Stipulation to Dismiss filed in this cause by the parties on April 26, 2017.  (ECF No. 15).  It appears to the Court that the parties have reached a resolution of this matter, and thus, this action may now be dismissed with prejudice with each party to bear his, her, or its own attorneys' fees and costs.  The Court orders that this matter hereby is DISMISSED with prejudice.

**IT IS SO ORDERED**, this 2nd day of May, 2017.

      /s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT COURT JUDGE