IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DARCUS CURTIS,<br><br>    Plaintiff,<br><br>v.<br><br>BLUESTEM BRANDS, INC.,<br><br>    Defendant. | No. 16-cv-2937-JPM-cgc |

## JUDGMENT

**JUDGMENT BY COURT.** This action having been brought to the Court on November 29, 2016 on Plaintiff's Complaint (ECF No. 1), the parties having stipulated to the dismissal of this action,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation to Dismiss with prejudice (ECF No. 15), filed April 26, 2017, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims by Plaintiff against Defendant are hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED**, this 2nd day of May, 2017.

                                             /s/ Jon P. McCalla
                                             JON P. McCALLA
                                             UNITED STATES DISTRICT COURT JUDGE